AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PAMELA COSBY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

       **CASE NO.  C2-10-180**
**HOFFMAN-LA ROCHE, INC.,**    **JUDGE EDMUND A. SARGUS, JR.**
       **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

       **Defendant.**

____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed December 22, 2011, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**

Date: December 22, 2011        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk